IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH W. ANDRIEU,
    Plaintiff,

v.                                      Case No.:  3:06cv465/WS/EMT

COUNTRYWIDE HOME LOANS, INC, et al.,
    Defendants.
_____/

## ORDER

This matter is before the court on Defendant Countrywide Home Loans, Inc.'s Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment and supporting documentation (Docs. 52, 54, 55, 56).[1]  Each party opposing the motion shall have fourteen (14) days from the date of docketing of this order to file and serve a responsive memorandum in accordance with Rule 7.1(C)(1) of the Local Rules of the Northern District of Florida.

Accordingly, it is **ORDERED**:

Each party opposing Defendant Countrywide Home Loans, Inc.'s Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment (Doc. 52) shall have **FOURTEEN (14) DAYS** from the date of docketing of this order to file and serve a responsive memorandum in accordance with Rule 7.1(C)(1) of the Local Rules of the Northern District of Florida.

**DONE AND ORDERED** this 7th day of November 2006.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] A document previously filed in this case shall be referred to by the document number assigned by the clerk of court for this district, not the document number assigned by the clerk of the transferring jurisdiction.